# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **DONTAVIOUS MAURICE JACKSON,** : | |
| : | |
| Movant, : | |
| : | Criminal No. 3:17-cr-51-CAR-CHW |
| v. : | |
| : | Civil No. 3:20-cv-47-CAR-CHW |
| **UNITED STATES OF AMERICA,** : | |
| : | Proceeding Under 28 U.S.C. § 2255 |
| Respondent. : | |
| : | |
| : | |

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation to deny Petitioner's Motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Petitioner has filed an Objection to the Recommendation wherein he restates arguments and contentions that have been thoroughly and completely addressed in the Report and Recommendation. This Court has fully considered the record in this case and made a *de novo* determination of the portions of the Recommendation to which Petitioner objects. Having done so, the Court finds Petitioner's Objection unpersuasive and agrees with the Recommendation to deny the petition. Accordingly, the Magistrate Judge's Report and Recommendation [Doc. 80] is **HEREBY ADOPTED AND MADE THE ORDER OF THE**

1

**COURT**. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Docs 59, 61, 63, 77] is **DENIED**.  Additionally, because Petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

It is **SO ORDERED** this 29th day of September, 2023.

                                           S/ C. Ashley Royal
                                           C. ASHLEY ROYAL, SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT